PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CABN 223600
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone:  (510) 970-4809
     Facsimile:  (415) 744-0134
     E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| BLANCA HILDA DIAZ, | ) Case No. 1:21-cv-00881-EPG |
| | ) |
|      Plaintiff, | ) STIPULATION AND ORDER TO REMAND |
| | ) PURSUANT TO SENTENCE FOUR OF 42 |
|      vs. | ) U.S.C. § 405(g) |
| | ) |
| KILOLO KIJAKAZI, Acting | ) (ECF No. 21) |
| Commissioner of Social Security, | ) |
| | ) |
|      Defendant. | ) |
| | ) |
| | ) |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

     On remand, the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 20, 2022                    PENA & BROMBERG, PLC

By: */s/ Jonathan O. Pena*
JONATHAN O. PENA
Attorneys for Plaintiff
[*As authorized by e-mail on Apr. 20, 2022]


Dated: April 20, 2022                    PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

2

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ((ECF No. 21)), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:   **April 20, 2022**                              /s/ _Erica P. Grosjean_
                                                     UNITED STATES MAGISTRATE JUDGE